FILED

2025 SEP 30 P 4:57

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:25cv1643-LMB-WBP

Name: FNU Muhammad

Address: 8033 Gadla Knoll Circle

Springfield, VA 22153

Telephone Number: 571-495-2044

Email Address: Fnun786@Gmail.com

The undersigned:

- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signature] Date: 09-30-25

Court Use Only:

The request is GRANTED ✓ *or* DENIED_____

10/1/25
(Date)

/s/ [signature]
Leonie M. Brinkema
United States District Judge